<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6545**

---

WILLIE MORRIS MCBRIDE,

Plaintiff - Appellant,

versus

WILLIAM F. RUTHERFORD, Judge; LYDIA CALVERT
TAYLOR, Judge; CHARLES D. GRIFFITH, JR., Com-
monwealth's Attorney; NORMAN A. THOMAS, Chief
Deputy, Commonwealth's Attorney; THOMAS C.
DANIEL, Assistant Attorney General; MORRIS B.
GUTTERMAN, Judge,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond. Robert R. Merhige, Jr., Senior
District Judge. (CA-95-914)

---

Submitted: September 20, 1996      Decided: October 1, 1996

---

Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Willie Morris McBride, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>McBride v. Rutherford</u>, No. CA-95-914 (E.D. Va. Mar. 6, 1996). We deny Appellant's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>